## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**RACHELLE DIETZ,**

       **Plaintiff,**

**v.**                                                   Civil No.  10-2224-CM

**FINANCIAL ACCOUNT SERVICES TEAM, INC.,**

       **Defendant.**

### ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties (Doc. 17) and for good cause shown, it is hereby

**ORDERED** that the above-captioned case is dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED** this 22nd day of December, 2010 at Kansas City, Kansas**.**

                                        s/ Carlos Murguia
                                        **Carlos Murguia**
                                        **U.S. District Judge**